■ SARA BARNES, as Administratrix of the Estate of JAMES E. JOHNSON, Deceased, Respondent, v COUNTY OF ERIE et al., Appellants, and N.A.D., INC., Doing Business as NORTH AMERICAN DRAEGER, Respondent.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gossel, J. (Appeal from Order of Supreme Court, Erie County, Gossel,

J.—Summary Judgment.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.